**JORY, PETERSON, WATKINS, ROSS & WOOLMAN**
555 West Shaw Avenue, Suite C-1
P. O. Box 5394
Fresno, California 93755-5394

Telephone: (559) 225-6700
Facsimile No.: (559) 225-3416

William M. Woolman, #145124
Jason C. Parkin, #210310

Attorneys for:   Defendant HEDRICK'S HALLOWELL CHEVROLET

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| ALBERT SANCHEZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HEDRICK'S HALLOWELL CHEVROLET and DOES 1 TO 20,<br><br>　　　　　　Defendants. | Case No. 1:05-CV-00746-OWW-DLB<br><br>**JUDGMENT OF INVOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P., RULE 37(b)** |

　　　　On October 10, 2006, this Court entered a written Order granting Defendant Hedrick's Hallowell Chevrolet's Motion for Terminating Sanctions, pursuant to Federal Rules of Civil Procedure, Rule 37(b) and dismissing this action with prejudice.  Accordingly,

　　　　JUDGMENT IS HEREBY ENTERED dismissing this case in its entirety as to all Defendants with prejudice

　　　　IT IS ALSO HEREBY ADJUDGED that Defendant Hedrick's Hallowell Chevrolet shall recover costs of suit from Plaintiff Albert Sanchez.

DATED: __October 18___, 2006.

　　　　　　　　　　　　　　　　　　　_/s/ OLIVER W. WANGER_____
　　　　　　　　　　　　　　　　　　　Judge, United States District Court

{G:\WDOX\CLIENTS\003691\00004\00545868.DOC}

1

PDF created with pdfFactory trial version www.pdffactory.com